**SUMMONS**                                                 Doc. No.   227199

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln                 NE 68508

David L Schauer v. BNSF Railway Company

Case ID: CI 07    4921

TO:   BNSF Railway Company

You have been sued by the following plaintiff(s):

    David L Schauer

| | |
|---|---|
| Plaintiff's Attorney: | Mark D McGuire |
| Address: | 605 South 14th Street |
| | Suite 100 |
| | Lincoln, NE 68508 |
| Telephone: | (402) 434-2390 |

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties within 30 days of service of the complaint/petition and filed with the office of the clerk of the court within a reasonable time after service. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  NOVEMBER 29, 2007     BY THE COURT:  _Susan Kirkland_
                                                                                                          Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    BNSF Railway Company
    c/o CT Corporation System
    301 S 13th St, Ste 500
    Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.



EXHIBIT A