IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. SCHAUER, | ) | 4:07CV3282 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. The motion to withdraw filed by the plaintiff's counsel, Mark D. McGuire and the law firm of McGuire and Norby, (filing 8) is granted.

2. At the request of the plaintiff's new attorneys, and with the concurrence of opposing counsel, the parties are granted a 2-week enlargement of time, until on or about March 31, 2008, to prepare for the telephone conference with the undersigned as previously ordered.  (See filing 7.)

March 4, 2008.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge