IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. SCHAUER, | ) | 4:07CV3282 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion to stay (filing 53), treated as a motion for continuance filed pursuant to Federal Rule of Civil Procedure 56(f)(2), is granted, and Plaintiff's deadline for responding to Defendant's motion for summary judgment (filing 47) is extended for an indefinite period until after the court rules on Plaintiff's motion to compel discovery (filing 52), which is not yet ripe for determination.

    October 14, 2008.                      BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge