1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


DAVID L. SCHAUER,            )
                            )
            Plaintiff,       ) CASE NO. 4:07CV3282
                            )
        vs.                  ) DEPOSITION TAKEN IN
                            ) BEHALF OF PLAINTIFF
BNSF RAILWAY CO., A          )
Delaware Corporation,        )
                            )
            Defendant.       )


VIDEOTAPE DEPOSITION OF:  MICHAEL F. BARR

DATE:  September 12, 2008

TIME:  9:03 a.m.

PLACE:  1248 O Street, Suite 800, Lincoln,

Nebraska


APPEARANCES:

Mr. Derek A. Aldridge
Mr. Corey L. Stull
Attorneys at Law
233 South 13th Street
Suite 1400
Lincoln, NE 68508           for Plaintiff

Ms. Melanie J. Whittamore-Mantzios
Attorney at Law
1248 O Street
Suite 800
Lincoln, NE 68508           for Defendant


EXHIBIT
204

2

1                         I-N-D-E-X

2

3     WITNESS      Direct   Cross    Redirect   Recross

4     MICHAEL BARR   3       228        --         --
      EXHIBITS                          Marked Offered
5
      No. 55 Machinist Job List           3        --
6
      No. 56 Web Listing-Machinist        3        --
7
      No. 57 Agreement                    3        --
8
      No. 58 Job Bulletins                3        --
9
      No. 59 Safety Analyses              3        --
10
      No. 60 Safety Rules                 3        --
11
      No. 61 5-9-06 Letter to Abalos
12    from Freshour                       3        --

13    No. 62 5-26-04 Letter to Schauer
      from Watkins                        3        --
14
      No. 63 6-4-04 E-Mail                3        --
15
      No. 64 5-5-04 E-Mail                3        --
16
      No. 65 6-10-04 E-Mail               3        --
17
      No. 66 6-10-04 E-Mail               3        --
18
      No. 67 6-11-04 Letter to Schauer
19    from Jarrard                        3        --

20    No. 68 6-04 E-Mail String           3        --

21    No. 69 Fitness for Duty
      Recommendation                      3        --
22
      No. 70 7-7-04 Letter to Schauer
23    from Jarrard                        3        --

24    No. 71 9-7-04 Letter to Loos
      from Barr                           3        --
25

3

1                S-T-I-P-U-L-A-T-I-O-N-S

2        It is hereby stipulated and agreed by and

3    between the parties that:

4        Notice of taking said deposition is

5    waived; notice of delivery of said deposition

6    is waived.

7        Presence of the witness during the

8    transcription of the stenotype notes is waived.

9        All objections are reserved until the time

10   of trial except as to form and foundation of

11   the question.

12                    (Exhibit Nos. 55 through 71

13                    marked for identification.)

14                    MICHAEL F. BARR,

15    Of lawful age, being first duly cautioned and

16     solemnly sworn as hereinafter certified, was

17         examined and testified as follows:

18                DIRECT EXAMINATION

19   BY MR. ALDRIDGE:

20   Q.     Could you state your full name, please.

21   A.     Michael Francis Barr.

22   Q.     And what is your current address?

23   A.     6125 South 34th Street, Apartment 219,

24   Lincoln, Nebraska 68516.

25   Q.     And what is your date of birth?

7

1    A.       Actually, after that job I went over to

2    finance.  And I was director of mechanical

3    budgets until 2000, summer of 2000.

4    Q.       Where did you go after that job?

5    A.       I came here to Lincoln to be the

6    superintendent at the diesel shop.

7    Q.       That would have been mid 2000?

8    A.       It was, I think, August of 2000.

9    Q.       I'm sorry, what was the title?

10   A.       Superintendent -- shop superintendent.

11   Q.       For the diesel shop?

12   A.       Diesel shop.

13   Q.       Now, in the -- when you worked in the

14   diesel shop, was that always your title?

15   A.       Yes, uh-huh.

16   Q.       Now, when did you -- when did you

17   leave -- when did you leave the diesel shop,

18   working for the diesel shop?

19   A.       May of '07.

20   Q.       Where did you go from there?

21   A.       Well, I took some time off.  And now I'm

22   going back to school to study for a master's

23   degree.  And I'm working part time currently at

24   the University of Nebraska.

25   Q.       Going back to work at the diesel shop,

1    during this time.  But they would keep records

2    on employees as well.

3    Q.    What kind of records would they keep?

4    A.    Oh, I think they kept basic, you know --

5    basic employee information, name, address, that

6    sort of thing.

7         I think they kept -- I think they kept

8    information about when a person was hired, the

9    applications that are filled out, that sort of

10   thing.

11   Q.    That would be in paper form?

12   A.    You know, I couldn't say.  I think some

13   of it was in paper form.  But I don't -- I

14   don't know.

15   Q.    Did they keep any -- store any

16   information electronically?

17   A.    Yes.  I couldn't tell you what.  But I'm

18   sure there was stuff kept electronically.

19   Q.    Did you have access to those employee

20   records?

21   A.    Do you mean could I sit at my computer

22   and pull up information on an employee

23   through -- is that what you're talking about?

24   Q.    Yes.

25   A.    I'm trying to -- I'm trying to think.  I

1   don't think so.

2   Q.    You also talked about they had paper

3   copies here in Lincoln?

4   A.    We had documentation that the shop

5   generated.  We would keep that.

6   Q.    You had access to that?

7   A.    Yes, uh-huh.

8   Q.    What type of records would be in there?

9   A.    Oh, if we had an investigation on an

10  employee, disciplinary records would be kept

11  there.

12      Again, basic information on employee

13  addresses and phone numbers, emergency contact

14  information, we would keep that.

15      If there was any injuries that occurred,

16  we would have that type of paperwork.

17  Q.    What about things, like, health

18  insurance forms?

19  A.    Health insurance forms?  No, we didn't

20  have any -- the medical information is

21  something that was pretty closely held.  We

22  didn't have any of that type of information.

23  Q.    Do you have knowledge of the machinist

24  jobs in 2004?

25  A.    You mean the different positions at the

equipment.  So we would buy the biggest, like,

industrial-strength ladders.  Probably more

heavy-duty than you would have at your house,

yes.

Q.      How often did they have to climb

ladders, employees have to climb ladders on a

typical shift?

A.      Boy, you're constantly climbing off and

on the locomotive, accessing the roof, getting

on top of the engine, you know.  I'd have to

say, again, on average half a dozen times a

day.

Q.      Were they carrying equipment while they

were climbing ladders?

A.      Carrying equipment while you're climbing

a ladder is kind of a no-no because you have to

maintain three points of contact when you're

climbing the ladder, which is, you know, two

feet and one hand or two hands and one foot.

So carrying equipment while you're

climbing a ladder would be -- would be an

exception safetywise that would be taken, in

your hand.

I mean, if you had a bag on your

shoulder of tools or something like that would

A.      You would -- sometimes you would --
sometimes we had long hooks, if you will, that
would hook over the locomotive.  And you
could -- and sometimes you'd have to climb
up -- you know, you'd have, like, small blue
lights.  Like I said, it was either a light or
a flag.  So sometimes you'd have just a small,
blue, blinking flashlight that guys would have,
like, attached to their belt.

        So you'd climb up into the cab, and
you'd have to put it, like, where the
locomotive engineer would be sitting, like,
right in front of him.  So that's where you
would place it.

Q.      How many times a day would they need to
climb up and down that ladder?

A.      Well, you know, at least -- up and down
on the front, up and down on the rear.  And
when you were doing -- if you did a turn-all in
a shift, on one locomotive, you'd have to make
one trip up and one trip down on both the front
and the rear end.  I don't know if you call it
four times.

        That's probably a minimum because, you
know, you might -- if you turn six wheels in a

1    shift, it might be on one locomotive.  But you

2    might turn six wheels on a total of three

3    locomotives.  So --

4    Q.    Back on Exhibit 55, on page 2, machinist

5    FI dash D dash 3.  It's about halfway down.

6    Job No. 8246.

7    A.    Okay.  That's a federal inspector.

8    That's what FI stands for.  And remember I was

9    saying about the FRA requirements for a daily

10    or periodic inspection?  That's what this

11    position would be focused on is inspecting all

12    of those federal items, like I said, the

13    running gear, the wheels, yeah, all -- like,

14    the hand holds, the safety appliances they're

15    called, the things you use to climb up and down

16    the locomotives, the railings themselves.

17    Those are all things that the federal inspector

18    would inspect.

19    Q.    What would they be inspecting?  That

20    there was -- the equipment was there or --

21    A.    Well, there's tolerances for the wheels,

22    of course.  Remember, I mentioned the wheel

23    gauge.  He would go and gauge the wheels to

24    make sure that they were within tolerance.

25        He would check all the various safety

inspection, probably no.

Repairs, again, other tools would be required to do that. But typical just doing the inspection itself, no.

Q.   Any machines, machinery?

A.   No.

Q.   How often would they have to -- how often would they have to climb ladders in this job?

A.   Well, like I said, they're all over the locomotive. So they're climbing up and down that locomotive on every -- on every one. They have to -- they have to inspect both the bottom and the top and inside the engine compartment. So there's quite a bit of ladder climbing in that job.

Q.   How many ladders are on a locomotive?

A.   There's one on each corner. And then there's typically one up the back of a locomotive. And then there's one on the front of the locomotive.

Q.   So that would be six?

A.   Yeah, I would say at least six. Different models are different. But, yeah, at least six.

1   Q.      And any other ladders besides the

2   ladders on the locomotive they had to climb?

3   A.      For federal inspector, I don't think so.

4   Q.      How many steps are we talking about, do

5   we know?

6   A.      One, two, three, four, I think it's four

7   steps up from the ground to the locomotive, the

8   running platform.  And then the ladder up the

9   back, probably four, five rungs.

10   Q.      Back on Exhibit 55, about a third of the

11   way down, job No. 8207, mach TSS input.  Page

12   2.

13   A.      Page 2.

14   Q.      Third of the way down.

15   A.      Okay.  Yep.

16   Q.      What is the mach TSS input job?

17   A.      That's machinist.  TSS is our computer

18   system, transportation service support, I

19   think.

20          That job is out on our service track.

21   And he assists the supervisor out on the

22   service track doing -- he does a lot of

23   computer work.  He does occasionally fill in

24   for guys out on the service track.  When the

25   supervisor steps out of the office to go take

1     could do anything.

2          Typically in the performance of the TSS

3     duties, you know, other than lifting a carton

4     of paper or something like that, I mean, that

5     would be something that he would do, you know,

6     delivering paper to the office, things like

7     that.

8     Q.      Pushing and pulling?

9     A.      Again, not as part of the TSS-specific

10    duties, typically, no.

11    Q.      How about using hand tools?

12    A.      Not on the computer end of things.  But,

13    again, when he's called on to do other things,

14    he might be required to go out and fix

15    something if we needed him to.

16    Q.      How about climb a ladder?

17    A.      You know, when they go out and check the

18    locomotives, they would be required to climb

19    ladders maybe a couple times a day, couple

20    three times a day maybe if a supervisor needed

21    to go out and pull some documentation out of a

22    cab of a locomotive, for example.

23          There was documents in the cab of a

24    locomotive we called the blue card.  And it's

25    kind of all of the basic information about a

1    locomotive, its horsepower, what kind of model

2    it is.  And then it's got sign-offs for all of

3    the federal inspections that are done.

4         So supervisor might turn to the TSS guy

5    and say could you go out and grab a blue card

6    out on the locomotive on the tracks.  So he

7    would, you know, go out, climb up, get the

8    paperwork and come back to the office.

9    Q.    So just climbing the ladders on the

10   locomotive then?

11   A.    Yeah.

12   Q.    Right below that job is another job

13   called mach FRT PIT.

14   A.    Right.  That's -- FRT PIT is freight

15   pit.  We have different names for everything.

16   That's the service track.  Just like we called

17   the shop, we called it the ramps, sometimes we

18   called the service track the freight pit or

19   just the pit.

20   Q.    The machinist freight pit?

21   A.    Machinist freight pit, right.

22   Q.    What's done at the machinist freight pit

23   position?

24   A.    That's all the things I was describing

25   kind of like the Jiffy Lube environment, where

1    use?

2    A.    I can't think of any.

3    Q.    Climbing a ladder, you said, yes, they

4    need to be able to climb a ladder?

5    A.    Yes.

6    Q.    Locomotive ladder?

7    A.    Locomotive ladders.  Sometimes -- again,

8    depending on the nature of the repairs they

9    have to do, sometimes you need to have a ladder

10   to access parts on the engine.  If you've got

11   to -- same situation I mentioned inside the

12   shop, a stepladder underneath in the pit to do

13   some repairs underneath the locomotive, that

14   would be -- that wouldn't be unusual.

15   Q.    There's a pit on the service track?

16   A.    Yes.  The pit's on the service track and

17   in the shop, too.

18   Q.    So the machinist working in the lower

19   half would be responsible for anything up

20   underneath, and --

21   A.    Right.

22   Q.    -- that's the ladder that that -- the

23   lower-half person would use is the stepladder

24   underneath?

25   A.    Right, right.

1   Q.    How often do they have to do that, use

2   that ladder, the stepladder underneath?  Every

3   locomotive?

4   A.    No, not every locomotive, no.  Once,

5   maybe twice a day.  Again, that would be a

6   repair -- it would be kind of a repair thing

7   they might have to do.

8   Q.    The machinist working the upper half of

9   the engine -- the locomotive, were they

10  constantly up and down the locomotive ladders

11  or once they were up on the deck, would they

12  stay up there?

13  A.    I would say once they were up, they

14  would typically -- they would stay up.  Again,

15  depending on what defects, repairs have to be

16  made.  But if everything on the inspection was

17  clean, then it would be once up, once down.

18  Q.    Back to --

19        MR. STULL:  Switching gears

20  here.  Lori, do you need a break?

21        MS. WHITTAMORE-MANTZIOS:  Do you

22  guys want to break?

23        THE WITNESS:  I'm good.

24        MR. ALDRIDGE:  Keep going.

25  Q.    (BY MR. ALDRIDGE) Back on Exhibit 55, go

1    Q.     Ladder climbing, again, it was the

2    locomotive ladders?

3    A.     Locomotive ladders, right.

4    Q.     Did both members of the team, were they

5    responsible for being able to climb up on the

6    ladder?

7    A.     Right.  The team consisted of a

8    machinist and electrician.  That was the team,

9    together in a truck.  So they had --

10   theoretically had all the expertise they needed

11   to go and fix anything that could be fixed out

12   there.

13   Q.     Would the machinist be required to climb

14   up the ladder?

15   A.     Yes, both machinist and electrician

16   would be, yes.

17   Q.     And how often would they have to do that

18   in a day?

19   A.     Gosh, a lot.

20   Q.     Let's go back.  How often -- each

21   locomotive?

22   A.     Typically on a service track, up, down

23   once.  If repairs needed to be made, multiple

24   times.  But -- yeah, whenever those guys would

25   go on a locomotive, they'd be climbing up on

1   it.

2   Q.     I don't recall if I asked you, but do

3   you know how many -- how many locomotives would

4   they service in a day?

5   A.     Just trying to do some math in my head

6   here.  Probably 15 or more.  Because like I

7   said, these guys were also involved with

8   servicing -- we had fuel trucks that would go

9   out into the middle of the yard, too.

10          So if a train came in, instead of coming

11   across one of the fuel pads, if a train came

12   into the middle of the yard, it would need to

13   be fueled, sanded, supplied, just like one that

14   would come across the fuel pad.  So those guys

15   would be doing all of that type of general

16   servicing work, too.

17   Q.     When you say 15 or more locomotives,

18   that was a shift?

19   A.     Yeah.  That's kind of -- yeah.

20   Q.     Or a day, 24-hour day?

21   A.     Oh, a day, well -- if we're talking

22   about one guy, yeah, 15 a shift.  You know, we

23   were running -- when I left, I think it was --

24   testing my memory here -- 60, 70 trains per

25   day.  Each train has a couple locomotives on

1    it.  So you do the math on that.  It's quite a

2    few locomotives.

3    Q.    Okay.

4            MR. ALDRIDGE:  Let's take a

5    break.

6        (A short recess was taken.)

7    Q.    (BY MR. ALDRIDGE) We're back on the

8    record.  Back to Exhibit 55, page 3, third job

9    from the bottom, mach lead SW ENG.

10   A.    Oh, switch engine.

11   Q.    Machinist lead switch engine?

12   A.    Yeah.  This is -- this is -- this has to

13   be a current list because we didn't -- the

14   switch engine job didn't exist back in the 2004

15   timeframe.

16       But what this is is somebody who's

17   assigned to go around the yard and service all

18   of the yard switch engines.

19       They have locomotives out in the yard

20   that are -- that are used to build trains and

21   move cars around the yard.  And they're

22   smaller, four-axle locomotives.  And we refer

23   to them as switch engines.

24       They have to be inspected every day per

25   the FRA requirements and BNSF requirements.

1   maneuvering big, heavy plates of steel around

2   with the assistance of a crane.  But, you know,

3   you're handling those things into place.  And,

4   you know, those are -- those -- that's

5   physically demanding type of work.

6   Q.     It's physically demanding because you

7   simply -- even with the assistance of the crane

8   to lift the steel into place, it was justly

9   physically demanding to maneuver that into

10  place?

11  A.     Right.  You're talking about trying to

12  get a big snowplow half as wide as this table

13  and weighing a few tons maybe into place where

14  you could, you know, put it onto a bolt that's

15  an inch.

16         So you get the crane, you can get it

17  close, but you're kind of having to kind of

18  manhandle it a little bit to get it exactly to

19  where you need it.  Some of it's done with a

20  forklift.  Some of it's done with an overhead

21  crane.  So you're just dealing with a lot of

22  heavy components.

23  Q.     What about climbing on a ladder?

24  A.     Climbing on a ladder.  Some.  Probably

25  not as much as the other jobs that we've talked

about because, you know, like we said, most of

it's on the -- on the ground level.  And you're

doing most of your work there.  So, you know,

there's some climbing of ladders.  But there's

probably not as much as some of the other jobs.

Q.      Right below that entry, there's an entry

for mach MNT welder dash D.

A.      Right.  Those guys --

Q.      What's that job title?

A.      Machinist maintenance welder.  Those

were guys who worked in our facility's

maintenance department.  And they would, you

know -- they would keep the lights on, keep

the -- you know, keep the water running, those

types of things to the facility.

They didn't work on locomotives in the

normal course of their duties.  Although,

sometimes we -- if they weren't busy, we would

pull them into the shop if we needed help

there.

Typically those guys would spend their

days maintaining -- you know, if the wheel

machine were broken, the maintenance guys were

the ones who would go and fix it.  If a railing

was broke inside the shop, those guys would go

A.     I'm trying to think of anything.  The
welder obviously, cranes, forklifts.  You know,
they drive our vehicles around.

Q.     How do they do the fabricating?

A.     In different areas of the shop.  You
know, they might do some welding.  There's a
maintenance shop over there.  We've got a
separate building for those guys.  So if they
need to do some -- some work on a part, they
could take it back to the shop, weld on it.  I
think there's a grinder over there.  There's a
drill press over in the main shop that they
would use if they had to.

       So they would probably do the majority
of their work inside the maintenance building,
facility maintenance building.

Q.     Are they required to climb ladders?

A.     Yeah, obviously not so much locomotive
ladders but climbing up to get access to
different -- I mean, I think about maintaining
a facility that size, you know, you're using
things, like, ladders all the time to get to --
you know, I couldn't even say, various areas
that they needed to get into and access.  That
would be -- being able to safely get up and

1    down on a ladder would definitely be a

2    requirement for that position.

3    Q.     Were they stepladders or extension

4    ladders?

5    A.     Yes, both.

6    Q.     How tall was the extension ladder?

7    A.     I wouldn't say it would be anything over

8    15 feet maybe.

9    Q.     How often would they have to use an

10   extension ladder?

11   A.     Again, as varied as locomotive work is,

12   this stuff is even more so.  I would guess a

13   couple three times a day maybe.  But a week

14   might go by, and they might not use one, you

15   know what I mean.  Kind of hard to say.

16   Q.     Again, using a bag to carry equipment?

17   A.     If they had -- yeah, if they had to,

18   yeah, they would have to use a bag to carry

19   stuff up and down on a ladder.

20   Q.     Were they climbing up the ladder to get

21   to someplace to repair the work, or were they

22   required to do work on the ladder?

23   A.     No.  They would be accessing different

24   areas.  Again, I couldn't -- I'm trying to

25   think of places where they would -- where they

1   would need to get up to a height.  I mean, the

2   crane maintenance, there's a ladder that gets

3   up to the overhead cranes.  It's not a portable

4   ladder.  It's part of the equipment.  But they

5   would have to get up and access that to do

6   repairs on a crane.

7        Yeah, so there could be climbing

8   involved with their -- with their job.

9   Q.    Stepladder, 6-foot stepladder?

10  A.    Yeah.

11  Q.    How often would they have to use a

12  stepladder?

13  A.    Again, could be a few times a week.

14  Q.    Few times a week or day?

15  A.    Few times a week.

16  Q.    Back on Exhibit 55, couple entries down

17  from where we were at, mach lead material D.

18  A.    Right.  Those --

19  Q.    What's that title?

20  A.    That's machinist lead material.  And the

21  D, again, is for differential.  Because it's a

22  lead position, they get an extra 50 cents an

23  hour.  So that's why we put that in the

24  description.

25        Those guys manage material in our

1    and bring it over.

2    Q.     If it was under 40 -- if it was over 40

3    pounds?

4    A.     If it was over 40, right, yeah.  I'm

5    saying 40.  Again, I don't know the exact

6    number.  But it's -- I'm using 40.  But, yeah.

7    Q.     Required to climb a ladder?

8    A.     Yeah.  We have some -- we have some

9    shelving in the -- I mean, it's a big -- it's a

10   big warehouse.

11         Picture all of the material that we need

12   to maintain all these locomotives.  It's a big

13   area.  And so if you are -- you know, if you've

14   got something on the -- the second large shelf

15   up, you might have to get on a stepladder and

16   get up and go, you know, check out a serial

17   number, something like that.

18         So like you said, mainly a desk job, but

19   they're doing -- they're managing the

20   warehouse, so they're doing other activities

21   that they need to do to do that.  Some of them

22   might be climbing on a ladder.  Some of them

23   might be carrying components.

24         Probably not -- we talked about pushing,

25   pulling.  Probably not -- not so much that type

1     of activity.  But, you know, lifting and

2     climbing ladders, I would say, yes.

3         Frequency on that stuff, you know, maybe

4     a few times a week on a ladder.  Daily on the

5     carrying of components back and forth to the

6     shop.

7     Q.    How many -- how many components do you

8     think they would have to carry in a day, in a

9     shift?

10    A.    Again, a lot of the stuff you worked

11    with was too heavy to hand carry, so they used

12    a lot of forklifts.  But maybe three times a

13    day.

14    Q.    How far would they have to carry?

15    A.    Oh, the distance between the warehouse

16    and the shop, 50, 50 yards, 100 yards.

17    Probably not 100.  Probably more like 50 yards.

18    Q.    Again, back to Exhibit 55 on page 4.

19    A.    Uh-huh.

20    Q.    Farther down, mach air room.

21    A.    We had a --

22    Q.    What's that title?

23    A.    That's exactly what it is, machinist air

24    room.  We had an area of the shop that was our

25    air -- we called it our air room.  And what

1    Q.    Do they have to climb a ladder?

2    A.    Again, not in the typical course of

3    their duties.  We might call -- because those

4    guys are experts working with these valves and

5    all this air equipment, they might be called

6    out to the shop to look at a particular

7    problem.

8         The air brake system on a locomotive can

9    tend to be a little finicky.  And so these guys

10   might be called out as kind of the duty expert

11   to help assist with the air brake problem out

12   in the shop.

13        So normal course of their duties is

14   operating at their bench, you know, lifting

15   components on, fixing them, lifting them off.

16   And then they might get a call saying we've got

17   a locomotive in the shop, we can't fix this air

18   brake problem, can you come out and take a look

19   at it.  They may need to leave their bench, go

20   out there, climb up on the locomotive, assist

21   the guys out on the ramps with the repair.

22   Q.    They had to climb up on the ramp or

23   climb up on the locomotive?

24   A.    They might have to climb up on the

25   locomotive.  A lot of the air brake -- some of

1    the air brake equipment is below the operator's

2    cab, like, down underneath where the engineer

3    sits.  In some locomotives, that's where all

4    the guts of that stuff are.  And some of it is

5    down kind of on floor level.

6          But, again, that -- that's -- that

7    wouldn't be a normal part of their job.  But it

8    would be an expectation that if that needed to

9    be done, that they would go out there and do

10   it.

11   Q.    Okay.  Going back to Exhibit 55, page 5,

12   very top entry, mach air room bench 3 dash D,

13   what is that job?

14   A.    Same -- that's another air room job.

15   Q.    Is it different than the other one we

16   just talked about?

17   A.    Basically it's the same type of duties.

18   It's just working on a different -- maybe on a

19   different type of valve.  I didn't think we had

20   any jobs that were that specific, air room

21   bench 3.

22         Again, this list seems pretty current.

23   I don't remember differentiating between

24   different benches in the air room as far as job

25   descriptions.  So I don't know if this is

1    the 26 automatic air brake valve, the P2A

2    valve, the quick-release valve, the A-1

3    charging valve, et cetera?

4    A.    Right, yes.

5    Q.    Back on Exhibit 55, page 5, fourth entry

6    down, machinist air room ramp dash D.

7    A.    I'm not familiar with that job.  I think

8    that's -- I think that's a newer job since I

9    left.  That doesn't look familiar to me at all.

10   Q.    You don't think it existed in 2004?

11   A.    No.  In my head if I think back of the

12   list of jobs that we had around that timeframe,

13   you know, we had a roster basically of all of

14   the jobs and all of the different areas of the

15   shop.  And I just remember air room was a list

16   of nine jobs and they were all the same job.

17   Q.    If you'd take a look at Exhibit 56,

18   please.

19   A.    Done with 55?

20   Q.    Done with 55.

21   A.    Okay.

22   Q.    For now.

23   A.    Okay.

24   Q.    Do you recognize this document?

25   A.    If I'm not mistaken, this looks like a

1      job posting from our job system.

2      Q.      Is that on the website?

3      A.      Right.  Yeah, it's a web application

4      that we used in the hiring process.  We'd post

5      jobs out there, and we would use this system to

6      manage who we invited for an interview and who

7      we decided to hire.  And that's what it is.

8      Q.      For internal and external applicants?

9      A.      I'm trying to remember what -- I mean,

10     if we're talking in the context of 2004.

11     Q.      Well, it says post date 06-30-2004.

12     A.      Okay.  Okay.  6-30 -- okay.

13     Q.      Bottom.

14     A.      I'm sorry.  What was the question again?

15     Q.      Was this -- was this available to

16     external applicants, external meaning people in

17     general?

18             MS. WHITTAMORE-MANTZIOS:  Off.

19     A.      Yeah.  I want to say when they

20     implemented this system, it was for internal

21     and external candidates, if somebody went to

22     the BNSF website and looked under careers and

23     pulled up machinist jobs in Lincoln, Nebraska,

24     that they could look at what we're looking at

25     here.  I think that's the way it worked.

1    Q.   (BY MR. ALDRIDGE) Now, this says

2    department, Havelock shop?

3    A.   Right.

4    Q.   Do you know, was this a job in the

5    Havelock shop?

6    A.   Machinist diesel mechanic, I don't

7    recall there ever being a diesel mechanic

8    position at the Havelock shop.

9    Q.   If you'd go over to the second page.

10    Talks about duties.  In reading those duties,

11    would you think that it was a diesel shop job?

12    A.   Yes.  Yep.

13    Q.   Now, when you read those -- when you

14    read those duties, does that -- as we've

15    discussed the job duties for the different

16    jobs, does that accurately describe the duties

17    for a journeyman machinist in the diesel shop?

18    A.   Yes, it sounds like a description of the

19    job at the diesel shop.  And I'm not sure why

20    it says Havelock shop there.  It looks to me

21    like it's a description of a job at the diesel

22    shop.

23    Q.   Does it -- in that -- in this duties,

24    does it talk anything about this is a

25    physically demanding job?

A.    I don't see where it says anything about

the physical qualifications for an applicant.

Q.    Does it say anything about applicant

being able to climb a ladder, three-point

contact?

A.    Not specifically.  But if you look at

the duties that are described there, you know,

inspecting components, diagnosing malfunctions

in diesel engines, replacing engine components,

I mean, all those things -- all those things

require some physical aptitude.  But I don't

see where we explicitly state that in here.

Q.    Move on to Exhibit No. 57.  Do you

recognize this document?

A.    This looks like the union agreement for

several of our crafts, yes.

Q.    Have you ever seen it before?

A.    Uh-huh, yes.

Q.    Do you know, would this have been the

applicable agreement in 2004?

A.    I believe so.  But there are -- there's

additions and changes that are made to this

over time that aren't included in this -- in

this one book.

Q.    What additions and changes are made over

129

1    time?

2    A.      There's some rules changes that are made

3    occasionally that are kind of -- I guess I'll

4    say amendments to this agreement.  But this is

5    the basic agreement that was in place at the

6    time.

7          You know, it doesn't look like this

8    includes any of the amendments.

9          The difficulty we have with this

10   contract is, as you see, it's 1970.  And I

11   think they do have a new agreement that was

12   signed fairly recently, in the past few years.

13   And when they rewrote the new agreement, they

14   included all of the amendments and changes that

15   had been made since 1970 all the way up through

16   whenever they published it.  So --

17   Q.      Do you know whether there were any

18   amendments that affected the machinists other

19   than pay?

20   A.      Yes.  But I couldn't tell you what they

21   are.  Sorry.

22   Q.      That's okay.  If you turn to page --

23   what's page 41 of the agreement.  I'm not sure

24   what page it is in the exhibit.

25   A.      Okay.

130

1    Q.      Rule 51, classification of work.

2    A.      Okay.

3    Q.      Have you ever seen that before?

4    A.      Yes.

5    Q.      And is this the rule that defines the

6    work duties of machinists?

7    A.      Let's see.  Yes.  I think there's

8    some -- I was going to say, there's some

9    special rules, I thought.  Because this

10   agreement, as you see on the front, it applies

11   to different crafts.

12   Q.      Right.

13   A.      So there are specific -- okay.  These

14   are --

15   Q.      At the top it says machinists' special

16   rules?

17   A.      Special rules.  Okay.  That's what I was

18   thinking of.  Okay.  So per -- yeah, this is

19   the section of the union agreement that talks

20   about classification of work.

21           And the purpose of this document is to

22   differentiate the work of the machinist craft

23   from the work of other crafts.  And so this is

24   used by the unions to say, well, you're asking

25   me to do something that's not in this scope of

131

1    work here or you asked this pipe fitter to do

2    work that's described in here. And so that's

3    what this document is used for, to make a

4    judgment in cases where we're asking a

5    machinist to do something that's not in here or

6    we're asking somebody else to do machinist

7    work.

8           So it's the union's way of kind of

9    protecting the duties of a machinist versus the

10   duties of an electrician, pipe fitter.

11   Q.     Okay. And these are in rather generic

12   terms; correct?

13   A.     Exactly. That's -- yes. And I think

14   that's -- yeah, I forgot what I was going to

15   say. But, yes, short answer is, yeah, pretty

16   generic. Pretty generically describes the

17   work. It doesn't go into as much detail as

18   this Exhibit 56 does.

19   Q.     So it's less detail than 50 -- the

20   duties in 56?

21   A.     Less detail, yeah, because this -- I

22   mean, you've got to understand that this

23   agreement covers machinists -- I mean, a

24   machinist at the Havelock wheel shop as well as

25   a machinist at the Lincoln diesel shop. Those

1  machinists are all in the same union,

2  obviously.  So it covers all of that different

3  type of work.

4       So it's got to be a little bit generic

5  because of that.

6  Q.    And so this Rule 51 doesn't describe how

7  physically demanding a machinist job would be?

8  A.    I don't see anything in here that does

9  that.

10 Q.    It doesn't talk about climbing ladders?

11 A.    Let's see.  Again, I don't -- I don't

12 see the word ladder in here.  But when you look

13 at the description of the duties, you know,

14 dismantling and installing locomotives and

15 engine, pumps, cranes, hoists, elevators, it's

16 not explicit in here, but I think it's -- some

17 of this stuff's implied by the nature of the

18 work that's listed here.

19 Q.    Implied in the sense that an employee

20 might know if he was working in the diesel

21 shop, that that's what he would have to do?

22 A.    Yeah, I would say so.  I mean, you know,

23 you're working with -- obviously it describes

24 locomotive and engine components, cranes,

25 hoists.  And, you know, if you're working on a

1    crane or hoist, you could say that a job

2    requirement to work on a crane or hoist is you

3    have to work at some height.  And if I was a

4    guy who's afraid of heights and I read this, I

5    might say, may not be the job for me, you know

6    what I mean.

7         But does it say that employees have to

8    be qualified to work at heights or employees

9    can't be afraid of heights?  It's not that

10    specific.  But I guess that's what I mean by

11    some of this stuff is implied in here.

12    Q.    Okay.  Exhibit 58, please.

13    A.    Okay.

14    Q.    It's a big document.  I'm not going to

15    go through every page.

16    A.    Thank God.

17    Q.    You ever seen -- you ever seen these

18    pages in Exhibit 58?

19    A.    Oh, this -- these look like job

20    bulletins.

21    Q.    What are job bulletins?

22    A.    Those are posted when we have a vacant

23    job or new job at the shop.  The union

24    requirements -- union rules require us to post

25    these jobs.  So they're posted on a bulletin

134

1   board or bulletin boards in the shop.  And that

2   way if a machinist wants to bid on one of these

3   jobs, he can look at this posting and find out

4   what the requirements are, what the rest days

5   are, what it pays.  And then he can put a bid

6   in for this job if he's interested in it.

7   Q.      This is an internal posting?

8   A.      This is internal posting, correct.

9   Q.      Okay.  Does this cover machinists at the

10   diesel shop, this posting, Exhibit 58?

11   A.      It looks like it.

12   Q.      And within this posting, there's a

13   separate section for duties?

14   A.      Right.

15   Q.      There's a title, and then there's the

16   duties?

17   A.      Right.

18   Q.      Correct?

19   A.      Yep.

20   Q.      Would you agree with me that the job

21   duty description is rather generic?

22   A.      Well, I guess it's hard to -- it's hard

23   to describe what these guys do in a few

24   sentences.  It's -- even if you look at this

25   external job posting here, it's even difficult

1    to do there.

2        I think these duties are the same as the

3    ones we went over in Exhibit 55.

4        I think it's as specific as we can be

5    with a few sentences' worth of description.

6    The guy knows by looking at this the general

7    nature of the work that he's -- that he would

8    be doing if he took this position.

9        But, no, it doesn't describe in detail

10    what the guy's workday is going to be like, no.

11    Q.    And doesn't necessarily describe it as a

12    physically demanding job?

13    A.    Again, if you look at -- if you're

14    familiar at all with locomotives and the work

15    we do, which as far as this internal posting,

16    machinists that work for the railroad in

17    Lincoln all would be familiar with locomotive

18    maintenance or what's required, you know, you

19    would know by looking at this that, yeah, these

20    are -- you know, this requires me to work

21    outside.

22        This one requires me to -- again, it's

23    not -- I would agree that it's not explicit in

24    terms of the physical requirements of the job,

25    but if you look at the work that's described,

1    that's implied in the description, I would say

2    particularly because this is internal and most

3    of the guys in the seniority district know what

4    these jobs entail.  They just don't know what

5    the rest days are.  That's on here.  You know,

6    what the shift is, that's on here.

7    Q.    So these are posted in more than just

8    the diesel shop?  They're posted everywhere, in

9    all of the shops in the seniority district?

10   A.    Yep, that would be true for jobs at the

11   diesel shop and wheel plant.  If there was an

12   open job at the wheel plant, we would post it

13   at the diesel shop and vice versa.

14   Q.    What shops were in the seniority

15   district?

16   A.    In our seniority district would be

17   Lincoln and Havelock.  Sioux City is in our

18   seniority district and Omaha.

19        There's, like, one guy in Omaha and two

20   guys in Sioux City.

21   Q.    Exhibit 57 I think has a -- it's on page

22   23 of the agreement.  I'm not sure what page of

23   the -- is that accurate?

24   A.    Lincoln district, okay.  Yeah.

25   Q.    Sioux City, Iowa?

1    mean?  How does this apply?

2    A.    Well, these are the basic rules that

3    have to be followed in order for work to be

4    performed safely.

5    Q.    There's not -- it's not defining job

6    tasks?

7    A.    Nowhere in here does it say machinists

8    do this, electricians do this.  It is somewhat

9    nonspecific as far as that goes.

10    There are some specific duties.  If you

11    get into -- into more detail in this, I mean,

12    there's some electrical safety-type tasks.

13    There's some mechanical safety-type rules.

14    These are, for the most part, general

15    guidelines for everybody.  And -- they're more

16    than guidelines.  They're rules that have to be

17    followed.  If someone is in violation of one of

18    these rules, then they're putting their --

19    they're putting their personal safety at risk

20    and maybe the safety of those who work around

21    them at risk.  So we take that very seriously.

22    Q.    Moving on to Exhibit No. 61.  Have you

23    ever seen this document before?

24    A.    This doesn't look familiar to me, this

25    document.

1     what's in this letter.  I can't think of any

2     other sources that you could draw from to

3     provide a description of the work that we do.

4     Q.     Okay.  Now, back in May of 2004, did you

5     know David Schauer?

6     A.     No.

7     Q.     Had never met him before?

8     A.     Never met him.

9     Q.     Did you know of him?

10    A.     No.

11    Q.     So in May, you wouldn't have known about

12    his impairment to his right arm?

13    A.     No.

14    Q.     You wouldn't have known about his

15    previous injury to his left arm?

16    A.     No.

17    Q.     How did you become aware of his recall?

18    A.     Well, what I recall about that process

19    is we laid some employees off in 2002 when the

20    business was going through sort of an economic

21    downturn.  We had to lay 20 -- 20 or 22 people

22    off.

23         And then business started to come back

24    by 2004.  And so per the union rules, before we

25    go out and hire new employees, we have to

A.    No, I don't think I contacted him.

They're required to contact us.  And if they

don't by the -- by the time the 15 days run

out, then -- I don't know if they're removed

from the seniority roster at that time or

exactly what happens from there.

This isn't the process we go through

very much here, furloughing and recalling

employees.  This is the only time we did it

during my seven-year tenure at the shop.  It's

not something we do every day.  So the process

itself is not something that was real familiar

to me.

Q.    Did Mr. Schauer contact you within the

reporting time?

A.    My recollection is that, yeah, he did

contact me within that time.

Q.    What was the next step in the process

after that?

A.    Well, by the time he contacted me --

like you said before, at the time this letter

went out, I didn't know him.  I didn't know

about the impairment to his right arm.  By the

time he called me, I believe I was aware of the

situation with his right arm.

1   Q.     How did you -- how did you become aware

2   of that?

3   A.     I had a conversation with Harry

4   Widmeyer.

5   Q.     Did you contact Harry, or did he contact

6   you?

7   A.     No, I don't remember if it was me

8   calling him or him calling me.  He and I kept

9   pretty close touch on machinist jobs because he

10  had a number of machinists, and I had most of

11  them.  But there was occasions where there was

12  people going back and forth between the two

13  jobs -- or between the two shops.

14       And because of the seniority situation,

15  guys were allowed to bid jobs.  A guy who was

16  working at diesel shop would be able to bid a

17  job at Havelock in response to one of these

18  internal postings and vice versa.

19       So there was oftentimes where one of our

20  guys would bid over to the wheel plant, to take

21  a job working for Harry.  And he and I would

22  talk about who was coming over, you know, does

23  he have -- I mean, if a guy was coming to me, I

24  would ask does he have any experience, you

25  know, what's this guy like, what's his work

1      ethic, what's his safety record like.  You

2      know, things so that I knew what to expect when

3      the guy showed up on our doorstep.

4           So whether it was me contacting Harry or

5      Harry contacting me, I don't really recall.

6           My initial recollection is him calling

7      me.  But I don't know.  It's so long ago, I

8      don't remember.  I know we talked.

9      Q.     And you know what you talked about

10     specifically?

11     A.     We talked about Mr. Schauer's impairment

12     to his right arm.  And at that time I became

13     concerned that -- became concerned with his

14     ability to safely do the tasks at the diesel

15     shop that he would be required to do.

16     Q.     What did Mr. Widmeyer tell you about

17     that impairment?

18     A.     The way I remember the description was

19     just that he didn't have normal function of his

20     right arm, that he did have an impairment to

21     his right arm.

22           And I never really -- I never really

23     knew exactly what that was because I'd never

24     met him.  I'd never seen him.

25           I -- you know, I had a picture in my

1    mind of what -- you know, what that was.  But I

2    didn't really -- I just knew that he didn't,

3    like I said, have normal function of his right

4    arm.

5    Q.     Did you talk about -- did you find out

6    from Mr. Widmeyer that he had worked in

7    Havelock before?

8    A.     Yes.

9    Q.     And did you talk about any of his work

10   at Havelock?

11   A.     Yes.

12   Q.     What specifically did you talk about?

13   A.     We talked about -- if I remember

14   correctly, the job that he had at Havelock had

15   something to do with moving the wheels around

16   the wheel plant.  I'm not sure if it was

17   inspecting wheels when they came in.

18        We kind of in general talked about what

19   he had done before he was furloughed.

20   Q.     Did Mr. Widmeyer tell you that he had

21   observed Mr. Schauer doing any of these jobs?

22   A.     I don't remember Harry saying that he

23   observed him doing those jobs.  I'm trying to

24   remember when Harry took that job over at the

25   wheel plant.  I don't know how familiar he was

with Mr. Schauer before he got furloughed

because he got furloughed in 2002, and, again,

I don't recall when Harry went to the wheel

plant.

So I don't remember Harry saying

anything to me about him physically observing

Mr. Schauer doing his job at the wheel plant --

or -- I don't remember.

Q.     Did you talk in generalities about what

his job was or did you talk specifically about

how Mr. Schauer was able to perform his jobs?

A.     I want to say that we talked about the

impairment to his right arm and what -- how

that affected how he did his job at the wheel

plant.

Remember, that conversation's so long

ago.  I mean, it was -- in general it was, you

know, this gentleman's being recalled from

furlough, you probably don't -- probably don't

know anything about him.  And so either Harry

told me or I asked and he told me about, you

know, his description of the impairment, what

he used to do at Havelock, so forth.

Q.     And then you mentioned that after that

conversation, you became -- became concerned

about his ability to work in the diesel shop?

A.    Yes.

Q.    What was it that caused you concern?

A.    Well, as we went through all of those
job descriptions, hopefully you get the feeling
that they are physically-demanding jobs with
guys that have to do any number of different
tasks.

     We mentioned pushing, pulling.  We
mentioned climbing ladders and placing
components on locomotives, getting underneath
locomotives.  And I was just concerned that
somebody with any form of impairment would be
able to safely do that -- all those -- all
those things I just went through.

Q.    Now, you indicated you weren't exactly
clear from the conversation with Mr. Widmeyer
what his impairment was?

A.    Right.  I knew he had -- that he didn't
have all of his fingers.  I knew that.

Q.    Mr. Widmeyer told you that?

A.    Yeah.  I knew that from our
conversation.  And --

Q.    And it was that piece of information
that gave you concern that he wouldn't be able

1   to lift?

2   A.    No.  It wasn't specifically, you know --

3   I don't even remember what we talked about his

4   fingers.  It was just a concern that all of the

5   work that we do at the diesel shop is

6   physically demanding work.  There are very few

7   positions that aren't very physically

8   demanding.

9        We talked about the -- a few of them.

10  But all of them have some element of physical

11  work associated with them or could potentially

12  have that type of work associated with them.

13       And it's just a concern that I'd have

14  with -- with anybody that was coming to the

15  shop to do the job that was impaired in any way

16  physically, because I know what it takes to do

17  those jobs.  Having been around there as long

18  as I was at the time and in the mechanical

19  department for the number of years that I've

20  been, I know that those jobs are physically

21  demanding.

22       So whenever that would come up, I --

23  yeah, I'd be concerned about the safety of the

24  employees.

25  Q.    Did you know whether the impairment

1    limited Mr. Schauer at all?

2    A.    No.  I couldn't say for sure.  And

3    that's why we went to the next step of having a

4    physical evaluation done to see if he could

5    safely perform the duties.

6         I'm not obviously a medical

7    professional.  And so I can't make all those

8    determinations of what his physical abilities

9    are.  So that's why we went down the road of

10   sending him to get a medical evaluation done

11   before we would allow him to come back to work.

12   Q.    But at this stage, after this

13   conversation with Mr. Widmeyer, you're

14   concerned?

15   A.    Oh, yes, yep.

16   Q.    Did you have any communications with any

17   of your other supervisors about Mr. Schauer?

18   A.    I don't recall any specific

19   communications with anyone else.  If there was

20   any, I might have talked to Butch Bergholz,

21   only because Butch used to work at the wheel

22   plant years ago.  He's the only one I might

23   have talked to.  I don't recall a conversation

24   with him but --

25   Q.    John Tyburski?

1    pretty closely by the medical department.  And

2    we're not really allowed to see all of the

3    specifics of that stuff.  We just see the --

4    kind of the interpretation, results, whatever

5    you call it from the doctor.

6    Q.    On this -- on this document, this is a

7    printout I believe of the e-mail from Joy

8    George.  There appears to be an icon on there

9    saying to the effect Schauer, comma, David,

10   questionnaire?

11   A.    Right.

12   Q.    Do you recognize that to be some kind of

13   icon?

14   A.    Right.  That's an e-mail attachment.

15   It's a Word document.  It was the questionnaire

16   that she sent him.

17   Q.    You don't recall receiving that?

18   A.    I don't recall looking at it.  I'm

19   trying to remember in my mind what it would

20   look like.  I don't remember looking at the

21   document.  Wouldn't have really mattered to me.

22   I mean, they were handling all of that at that

23   point anyway so --

24   Q.    Move on to Exhibit No. 64, please.  Do

25   you recognize this document?

A.    Yes.  This would be a job description I

sent to Angela Bailey.  And I think Angela's

title at the time was regional manager of --

regional manager of safety environmental health

or something like that.

　　　She was the person that we dealt with

when we had somebody who was unable to do their

job or any of the jobs that we had available at

our location.  She would work with those people

to find other positions with the BNSF that they

could do within their restrictions, whatever it

was.

　　　Typically it was a case where, you know,

somebody was -- had some -- an injury maybe and

they had some permanent restriction, work

restriction out of that and so that they

couldn't do a machinist job or electrician job

at the shop because they were too physically

demanding.  Then she would work with them to

try and find other employment within the

company.

　　　And so this was a request from her to

say would -- describe the duties of the

machinist to me.  Because as you saw here, in

order to get, like, a full picture of what the

1    machinist does, we have to go to several

2    different places and put it together.  So

3    that's what I tried to do here.

4    Q.    Do you know -- do you know why she got

5    involved, Ms. Bailey?

6    A.    Well, eventually, as you know, we

7    determined that it was our opinion that

8    Mr. Schauer couldn't perform the duties safely,

9    and so she would have worked with him to try

10   and find another job on the railroad that he

11   could do.

12   Q.    But you hadn't made that -- railroad

13   hadn't made that determination yet?

14   A.    Yeah, I don't know the timing on this.

15   This is June 5th.  Yeah, when was Dr. Jarrard's

16   letter -- came out in July, was it?  So you're

17   right.  I'm trying to remember why I would have

18   sent this to her.

19       I don't know.  I don't remember why I

20   would have sent this to her at this time.

21   Q.    Did she -- it says in here you're

22   responding to a voice mail.  Did she contact

23   you?

24   A.    Yeah, I'm sure she -- I don't remember

25   the voice mail.  But I'm sure she contacted me

1   and said could you send me a description of the

2   duties.

3        And I don't know if somehow she was --

4   she worked for the medical department.  She

5   worked with Dr. Jarrard.  I don't know if she

6   worked for Dr. Jarrard.  Could have been just a

7   situation where she was assisting Dr. Jarrard

8   in doing this evaluation, you know.  I don't

9   know.

10  Q.      Do you know why you carbon copied Joy

11  George?

12  A.      Just because we were all involved in

13  this process together, Joy, myself, Angela.

14  Yeah, just to kind of keep her in the loop as

15  to what was going on is all.

16  Q.      Okay.  In here in the first paragraph,

17  you state that duties at the diesel shop are a

18  lot different than the wheel plant.

19  A.      Right.

20  Q.      You were working at the diesel shop at

21  the time; correct?

22  A.      I was, right.

23  Q.      Have you ever worked in a wheel plant?

24  A.      No.

25  Q.      Do you know --

170

A.     I've been to the wheel plant.  And I've

observed employees at the wheel plant before.

But I've never worked there.

Q.     Did you observe all of the job duties at

the wheel plant?

A.     Oh, I'm sure I didn't, no.  I had

been -- at that point I had been to the wheel

plant on a few occasions.  I remember going

there and getting a tour one time from the

manager of the wheel plant.  And we walked

around to the various stations that exist in a

wheel plant.

        I'm sure -- I'm positive there's jobs

that exist there that I didn't observe, though,

when I was there on a few visits.

        I remember I think at one time we did a

safety audit there so --

Q.     You think that you have a thorough

knowledge of the job duties at the Havelock

wheel plant?

A.     I wouldn't call it thorough.  I think I

know -- at the time knew enough about what

those guys did out there to make the statement

that the jobs are quite a bit different at the

wheel plant than at the diesel shop.