IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. SCHAUER, | ) | Case No. 4:07-cv-03282 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **ADDITIONAL EVIDENCE OUT OF** |
| BNSF RAILWAY COMPANY, a | ) | **TIME** |
| Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff David L. Schauer, by and through his counsel of record, hereby moves this Court out of time for leave to file out of time additional evidence in opposition to Defendant BNSF's motion for summary judgment.

Schauer proposes to offer the declaration of Dean N. Venter. Mr. Venter's declaration states, under penalty of perjury, that he is the person who authored the expert report offered by Schauer as Exhibit 203 in opposition to BNSF's motion for summary judgment. In support of this motion, Schauer claims that BNSF will not be prejudiced by allowing Mr. Venter's declaration. The declaration adds no substantive facts to the case. Schauer also notes that BNSF was fully aware of Mr. Venter and his expert report. Schauer served his Rule 26 expert witness disclosures on BNSF on November 3, 2008. (Filing #65) That disclosure included the expert report offered by Schauer as Exhibit 203 in opposition to BNSF.

WHEREFORE, Plaintiff prays that the Court grant Plaintiff's motion for leave to file additional evidence out of time in opposition to BNSF's motion for summary judgment.

DATED this 19th day of December 2008.

           DAVID L. SCHAUER, Plaintiff,

         By: PERRY, GUTHERY, HAASE
            & GESSFORD, P.C., L.L.O.,

           /s/ Derek A. Aldridge
         By: _____
           Derek A. Aldridge, #23541
           Corey L. Stull, #21336
           Attorneys for Plaintiff
           233 South 13th Street, Suite 1400
           Lincoln, NE 68508
           Tel: (402) 476-9200
           Fax: (402) 476-0094
           daldridge@perrylawfirm.com
           cstull@perrylawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

 Thomas C. Sattler
 Melanie J. Whittamore-Mantzios

           /s/ Derek A. Aldridge
           _____
           Derek A. Aldridge