IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L SCHAUER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3282 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, A Delaware Corporation, | ) ) | **ORDER** |
| | ) | |
| Defendant. | ) ) | |

Upon joint oral request of counsel for both sides,

IT IS ORDERED that this matter is removed from the trial calendar so that the parties may mediate their dispute. The parties shall advise me when they have completed their efforts to resolve this matter. If this matter has not been resolved by June 1, 2009, counsel for the plaintiff shall arrange a telephone conference with the undersigned and counsel for the defendant by contacting my judicial assistant Kris Leininger.

DATED this 3rd day of March, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge