IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. SCHAUER, | ) | 4:07CV3282 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1.   The parties' joint stipulation (filing 97), treated as a motion, is granted, and all filing deadlines are suspended until further order of the court.

2.   The parties' motions in limine (filings 89, 92) will be held in abeyance until further order of the court.

March 9, 2009.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge