IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. SCHAUER, | ) | Case No.: 4:07CV3282 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | STIPULATION FOR DISMISSAL |
| BNSF RAILWAY Co., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |

COME NOW the plaintiff, DAVID L. SCHAUER, and the defendant, BNSF RAILWAY Co., a Delaware Corporation, by and through their respective attorneys and stipulate and agree as follows:

1. This case is settled;

2. Plaintiff hereby dismisses this action and any and all causes of actions contained herein with prejudice;

3. The complete record is waived;

4. Each party will pay its own court costs; and

5. An Order may be entered pursuant to the terms of this Stipulation.

So stipulated and agreed this 30th day of June, 2009.

| DAVID L. SCHAUER, Plaintiff, | BNSF RAILWAY CO., A Delaware Corporation, Defendant, |
|---|---|
| BY *(signature)* Derek Aldridge (#23541) Corey L. Stull (#21336) Perry, Guthery, Haase & Gessford, PC, LLO 233 South 13th Street, Suite 1400 Lincoln, NE 68508 Tel: (402) 476-9200 Fax: (402) 476-0094 | BY *(signature)* Melanie J. Whittamore-Mantzios, #18883 Wolfe, Snowden, Hurd, Luers & Ahl, LLP Wells Fargo Center 1248 "O" Street, Suite 800 Lincoln, NE 68508 TEL: (402) 474-1507 FAX: (402) 474-3170 |

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 1, 2009, I electronically filed the foregoing **Stipulation for Dismissal** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Derek Aldridge
Corey L. Stull
Perry, Guthery, Haase & Gessford, PC, LLO
233 South 13th Street, Suite 1400
Lincoln, NE 68508


           s/Melanie J. Whittamore-Mantzios
           Melanie J. Whittamore-Mantzios, #18883