IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. SCHAUER, | ) | 4:07CV3282 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BNSF RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 100) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

July 1, 2009.                                       BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge